LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff ROBERT DODSON

PETER S. MODLIN, SBN 151453
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

BENJAMIN M. GLICKMAN, SBN 247907
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

Attorneys for Defendant
McDONALD'S CORPORATION

CATHY L. ARIAS, SBN 141989
BURNHAM BROWN APLC
P O Box 119
Oakland, CA 94604
Telephone: (510) 444-6800
Facsimile: (510) 835-6666

Attorneys for Defendant
CHARROB, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,

Plaintiff,

v.

CHARROB, INC., et al.,

Defendants.
_____________________________________/

Case No. 2:11-cv-03103-WBS-EFB

STIPULATION FOR DISMISSAL and [~~Proposed~~] ORDER THEREON

TO THE COURT AND TO ALL PARTIES:

Plaintiff, ROBERT DODSON, and defendants, CHARROB, INC. and McDONALD'S CORPORATION, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: March 27, 2012

DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard*
LYNN HUBBARD III
Attorney for Plaintiff ROBERT DODSON

Dated: March 28, 2012

GIBSON, DUNN & CRUTCHER LLP

*/s/ Benjamin M. Glickman*
BENJAMIN M. GLICKMAN
Attorney for Defendant McDONALD'S CORPORATION

Dated: March 27, 2012

BURNHAM BROWN APLC

*/s/ Cathy L. Arias*
CATHY L. ARIAS
Attorney for Defendant CHARROB, INC.

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-03103-WBS-EFB, is hereby dismissed with prejudice.

Dated: March 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE