1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff ROBERT DODSON

6  PETER S. MODLIN, SBN 151453
   GIBSON, DUNN & CRUTCHER LLP
7  555 Mission Street, Suite 3000
   San Francisco, CA 94105
8  Telephone: (415) 393-8200
   Facsimile: (415) 393-8306
9
   BENJAMIN M. GLICKMAN, SBN 247907
10 GIBSON, DUNN & CRUTCHER LLP
   1881 Page Mill Road
11 Palo Alto, CA 94304
   Telephone: (650) 849-5300
12 Facsimile: (650) 849-5333

13 Attorneys for Defendant
   McDONALD'S CORPORATION
14
15 CATHY L. ARIAS, SBN 141989
   BURNHAM BROWN APLC
   P O Box 119
16 Oakland, CA 94604
   Telephone: (510) 444-6800
17 Facsimile: (510) 835-6666

18 Attorneys for Defendant
   CHARROB, INC.
19

20                    UNITED STATES DISTRICT COURT

21                    EASTERN DISTRICT OF CALIFORNIA

22

23 ROBERT DODSON,                      Case No. 2:11-cv-03103-WBS-EFB

24        Plaintiff,
                                       STIPULATION FOR DISMISSAL and
25 v.                                  [P̶r̶o̶p̶o̶s̶e̶d̶] ORDER THEREON

26 CHARROB, INC., et al.,

27        Defendants.
                                    /
28

TO THE COURT AND TO ALL PARTIES:

Plaintiff, ROBERT DODSON, and defendants, CHARROB, INC. and McDONALD'S CORPORATION, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: March 27, 2012                    DISABLED ADVOCACY GROUP, APLC


 /s/  Lynn Hubbard
LYNN HUBBARD III
Attorney for Plaintiff ROBERT DODSON

Dated: March 28, 2012                    GIBSON, DUNN & CRUTCHER LLP


 /s/  Benjamin M. Glickman
BENJAMIN M. GLICKMAN
Attorney for Defendant McDONALD'S CORPORATION

Dated: March 27, 2012                    BURNHAM BROWN APLC


 /s/  Cathy L. Arias
CATHY L. ARIAS
Attorney for Defendant CHARROB, INC.

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:11-cv-03103-WBS-EFB, is hereby dismissed with prejudice.


Dated:   March 28, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE